FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 25 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHILIP MIMON WASSER,

        Plaintiff,

  -against-

SGT. BATTISTA,

        Defendant.
------------------------------------------------------------X

JUDGMENT
12-CV-2455 (RRM)

        A Memorandum and Order of Honorable Roslynn R. Mauskopf, United States District Judge, having been filed on May 23, 2012, dismissing the complaint, filed *in forma pauperis*, based on the doctrine of *res judicata*; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

        ORDERED, ADJUDGED AND DECREED that the complaint, filed *in forma pauperis*, is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal.

Dated: Brooklyn, New York
       May 25, 2012

                      Douglas C. Palmer
                      Clerk of Court

            by:    /S/
                      Michele Gapinski
                      Chief Deputy for
                      Court Operations